# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  DANIELLE YOUNG )  Case No. 22 B 07471
)
)  Chapter 13
Debtor(s) )
)  Judge: JACQUELINE P COX

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for August 22, 2022 10:30 am, for the following:

The Trustee requests a comparative market analysis or appraisal for debtor's real estate at 629 N. Carroll Parkway #208, Glenwood, IL.  The liquidation analysis of 11USC 1325(a)(4) cannot be completed until this is resolved.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: August 02, 2022

/s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  DANIELLE YOUNG                     )          Case No. 22 B 07471
                                        )
                                        )          Chapter 13
        Debtor(s)                       )
                                        )          Judge: JACQUELINE P COX

## CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN                                       (via CM/ECF)
*Attorney for Debtor*


Patrick Layng                                       (via CM/ECF)
United States Trustee


DANIELLE YOUNG                                      (via U.S. Postal Service)
629 N CARROLL PKWY #208
GLENWOOD, IL 60425
*Debtor*


Dated: August 02, 2022                    /s/ Chris Domann
                                          _____

                                          Chris Domann
                                          Office of the Chapter 13 Trustee
                                          55 E. Monroe St., Suite 3850
                                          Chicago, IL 60603
                                          (312) 294-5900